USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: _10/7/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA WEATHERLY,

Plaintiff,

-against-

NADINE WEATHERLY, JAMES MCDONALD RICHARD, FRANCIS A. CONTRERAS, YONKERS KIA OUTFITTERS LLC, and TASCA AUTOMOTIVE GROUP, LLC,

Defendants.

26 Civ. 7887 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

On September 17, 2026, the Court issued an order directing Defendants Tasca Automotive Group, LLC, Francis A. Contreras, and Yonkers Kia Outfitters LLC ("Removing Defendants") to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction and noncompliance with 28 U.S.C. § 1446(b)(1). *See* ECF No. 7.

On October 5, 2026, the Removing Defendants notified the Court that they consent to the remand of this action to state court. *See* ECF No. 8.

Accordingly, this action is REMANDED to the Supreme Court of the State of New York, Bronx County. The Clerk of Court is respectfully directed to send a copy of this order to that court and to close this case.

SO ORDERED.

Dated: October 7, 2026
New York, New York

ANALISA TORRES
United States District Judge